UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 29 2013
Clerk, U.S. District and
Bankruptcy Courts

JOHNATHAN JOHNSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 13-1153
)
ANDREW DOWNS, et al., )
)
Defendants. )

## MEMORANDUM OPINION

According to the plaintiff, the Clerk of the Supreme Court of the United States and a Deputy Clerk have violated his First Amendment right of access to the courts by refusing to accept for filing a petition for a writ of certiorari. He demands damages of $36 million.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). Furthermore, insofar as the plaintiff demands compensatory damages, the defendants are absolutely immune from suit. The absolute judicial immunity afforded to judges, *see Sindram v. Suda,* 986 F.2d 1459, 1460 (D.C. Cir. 1993) ("Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in the judge's judicial capacity, unless these actions are taken in the complete absence of all jurisdiction."), extends to court clerks performing "tasks that are an integral part of the judicial process." *Id.* at 1460-61.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim upon which relief can be granted. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 7/24/13

_____
United States District Judge